AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| **John Allen KINGMAN** | ) Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 26, 2020** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 758 | flee and evade a checkpoint operated by the immigration Naturalization Service, or any other a Federal law enforcement agency, in a motor vehicle and fled Federal, State, or local law enforcement agents in excess of the legal speed limit, |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Luis Herrera
*Complainant's signature*

Luis Herrera           Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: March 30, 2020

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| John Allen KINGMAN | Case Number: |

1. On March 26, 2020, at approximately 10:44 a.m., a Border Patrol Agent (BPA) working the Laredo North Border Patrol Checkpoint located at the 29 mile marker of Interstate Highway 35 (IH-35) in Webb County, observed a dark colored Toyota Tundra approaching the primary inspection lane and conducted an immigration inspection on the driver. The driver was later identified as John Allen Kingman, a United States citizen. While conducting the immigration inspection, the agent was advised by a Service K-9 handler that the service canine had alerted to the presence of concealed humans and/or narcotics. The primary agent referred Mr. Kingman to secondary inspection specifically to lane #2. Mr. Kingman acknowledged his understanding of the instructions by saying "okay." Mr. Kingman departed the primary inspection area and abruptly accelerated bypassing the secondary inspection area, exiting the checkpoint via the exit ramp. BPA advised other agents over the radio that the vehicle did not go to secondary, but rather fled the checkpoint. Several speed limit signs are posted throughout the checkpoint indicating the speed limit of 10 miles per hour (MPH). These speed limit signs are posted by the Texas Department of Transportation (TXDOT). Agents posted in a vehicle near the exit ramp did not have enough time to exit their vehicle to deploy tire deflation device(s) due to Mr. Kingman's excess of the 10 (MPH) posted speed limit.

2. BPA encountered the vehicle at the 32 mile marker of IH-35, and pursued Mr. Kingman north on IH-35 and east on Highway 44. BPA broadcasted that the pursuit speed was 95 miles an hour and that they were not able to gain distance with the subject's vehicle. Customs and Border Protection Air assets were deployed to the area and located the vehicle traveling east on Highway 44. Border Patrol agents pursuing Mr. Kingman terminated their pursuit and relayed the description of the vehicle and driver to Freer, Texas Border Patrol Agents as well as Freer, Texas local law enforcement.

3. At approximately 11:15 a.m., Freer, Texas Police Department encountered a vehicle bearing the license plates and subject matching the description in the parking lot of the NAPA Auto Parts store in Freer, Texas.

4. Freer Police Department Officers arrested Mr. Kingman. Mr. Kingman was turned over to Laredo North Border Patrol agents and subsequently transported to the Laredo North Border Patrol Checkpoint for processing.

5. John Allen KINGMAN, a citizen of United States was read his Miranda Rights. John Allen KINGMAN did not provide a sworn statement.

SUBSCRIBED and SWORN to before me on

_____30th_____ day of _____March, 2020_____

_____    /S/ Herrera, Luis    Border Patrol Agent
Signature of Judicial Officer              Signature of Complainant